**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00770-REB-KMT

RODNEY SMITH, an individual,

    Plaintiff,

v.

BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM,

    Defendant.

## ORDER DISMISSING CLAIM

**Blackburn, J.**

This matter is before me on the following: (1) the **Notice of Withdrawal of Motion To Dismiss** [#32][1] filed February 12, 2016; and (2) the **Stipulation of Dismissal of Plaintiff's Second Claim for Relief** [#33] filed February 11, 2016. After careful review of the notice, the stipulation, and the record, I conclude that the motion to dismiss [#13] should be deemed withdrawn without prejudice. In addition, the stipulation should be approved, and the plaintiff's second claim for relief, negligent infliction of emotional distress, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1)** [#13] is deemed withdrawn without prejudice;

---

[1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

     2.  That the **Stipulation of Dismissal of Plaintiff's Second Claim for Relief** is approved; and

     3.  That the plaintiff's second claim for relief[2], negligent infliction of emotional distress, is dismissed with prejudice.

     Dated February 16, 2016, in Denver, Colorado.

     **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[2] Titled "Third Claim for Relief" in the **Complaint** [#1] filed April 13, 2015.