**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00770-REB-KMT

RODNEY SMITH,

Plaintiff,

v.

BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM,

Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the **Order Granting Motion for Summary Judgment** [#51] entered by Senior Judge Robert E. Blackburn on March 9, 2017; it is

ORDERED that the claim of the plaintiff in his complaint [#1] is dismissed with prejudice; it is further

ORDERED that judgment enters in favor of the defendant, Board of Governors of the Colorado State University System, and against the plaintiff, Rodney Smith; it is further

ORDERED that the defendant is awarded its costs, to be taxed by the clerk of the court in the time and manner specified by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and it is further

ORDERED this case is closed.

DATED at Denver, Colorado, this 10th day of March, 2017.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ K. Finney
K. Finney
Deputy Clerk